## 53347. HOLMES v. THE STATE.

BELL, Chief Judge.

The defendant was convicted of selling heroin. His defense was that of alibi. *Held:*

1. Defendant attacks the charge on alibi as being burden shifting. The trial court charged on alibi in substantially the same language as a charge that was approved by the Supreme Court in *Mills v. State,* 236 Ga. 364 (223 SE2d 724).

2. The evidence authorized the conviction.

*Judgment affirmed. McMurray and Smith, JJ.,*

*concur.*

Submitted January 19, 1977 — Decided February 2, 1977.

*Percy Blount,* for appellant.

*Richard E. Allen, District Attorney, Gayle B. Hamrick, Assistant District Attorney,* for appellee.